**DISMISS; Opinion Filed March 24, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00539-CV

### VIJAY KUMAR SHARMA, Appellant
### V.
### SCOTT LEE, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01394-E**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Moseley

Appellant's brief in this case is overdue. By postcard dated July 8, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/ Jim Moseley/
JIM MOSELEY
JUSTICE

130539F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

VIJAY KUMAR SHARMA, Appellant

No. 05-13-00539-CV      V.

SCOTT LEE, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-13-01394-E.
Opinion delivered by Justice Moseley.
Justices Francis and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee SCOTT LEE recover his costs of this appeal from appellant VIJAY KUMAR SHARMA.

Judgment entered this 24th day of March, 2014.

/Jim Moseley/
JIM MOSELEY
JUSTICE